UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20398-CR-Ungaro(s)(s)

UNITED STATES OF AMERICA )
)
)
v. )
)
AMRY GARCIA, a/k/a "Pablo," )
DAVEL HERNANDEZ, a/k/a "Manny," and )
RENE RAIMUNDO HERNANDEZ, )
)
)
Defendants. )

## ORDER

This matter came before the Court on the government's Motion for Joint Sentencing (D.E. 244). The Court being fully advised of the premises and finding good cause for the motion, it is hereby ORDERED that the motion is granted. Defendants Amry Garcia, Davel Hernandez, and Rene Hernandez will be sentenced jointly on AUGUST 1, 2008 at 1:30 p.m.

DONE AND ORDERED in chambers at Miami, Florida this 15 day of April, 2008.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE