UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20398-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMRY GARCIA,
DAVEL HERNANDEZ,
RENE HERNANDEZ,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING HEARING

This cause, having come on to be heard before me upon the Motion For Continuance Of Sentencing Hearing, and the Court having been advised that the Government has no objection to the granting of the motion, and otherwise being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that the motion be and the same is hereby **granted**.

Accordingly, the consolidated sentencing hearing of Amry Garcia, Davel Hernandez, and Rene Hernandez is rescheduled for Thursday, August 28, 2008, at 10:00 a.m.

DONE AND ORDERED in Miami, Florida on this _7_ day of August, 2008.

                            HONORABLE URSULA UNGARO
                            DISTRICT COURT JUDGE

cc:   Marc Osborne, Esq. AUSA
       Ana Davide, Esq.
       Roy J. Kahn, Esq.
       Harry M. Solomon, Esq.